## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Juan Gomez  
    and  
   Dulce Gomez  

Case No: 13- 33653-LMI  
Chapter 13

_____Debtor_____/

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☒ No further action is necessary.

2) The following actions have been taken:

☐ The debtor has filed an objection to the proof of claim filed by _____.

☐ The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

☐ Other: _____
_____
_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on July 21, 2014.

                      Submitted by:  
                      **ROBERT SANCHEZ, P.A.**  
                      Attorney for Debtor  
                      355 W 49th Street  
                      Hialeah, FL 33013  
                      Tel. (305) 687-8008

                      By:/s/Robert Sanchez_____  
                      Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)