UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
JUAN GOMEZ
and
DULCE MARIA GOMEZ
Debtors.
_____/

Case No. 13-33653-LMI

Chapter 13

# MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, Juan Gomez and Dulce M. Gomez by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On October 1, 2013 the instant case was filed.

2. On February 4, 2014 debtors' second amended chapter 13 plan was confirmed.

3. Debtors would like to modify their plan in order to provide for 100% payment to all allowed unsecured claims.

4. The debtors desire, to modify their plan in order to provide for 100% payment to all allowed unsecured claims.

**WHEREFORE,** undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 21st day of July 2014:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By: /s/ Robert Sanchez
Robert Sanchez, Esq., FBN#0442161

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 13-33653-LMI<br>Southern District of Florida<br>Miami<br>Mon Jul 21 15:35:26 EDT 2014 | ANTIO, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>Seattle, WA 98121-3132 | Advantage Assets II, Inc.<br>c/o Law Offices of Erksine & Fleiser<br>55 Weston Road<br>Suite 300<br>Fort Lauderdale, FL 33326-1170 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245-3504 | Amex<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Asset Acceptance<br>POB 1630<br>Warren, MI 48090-1630 | Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | Baers Furniture<br>PO BOX 960061<br>Orlando, FL 32896-0061 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank Of America, N.A.<br>201 N Tryon St<br>Charlotte, NC 28202-1331 | BellSouth Telecommunications, Inc.<br>% AT&T Services, Inc<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| Cavalry Portfolio Serv<br>500 Summit Lake Dr<br>Valhalla, NY 10595-2322 | Cavalry SPV II, LLC as assignee of GE Money<br>Cavalry SPV II, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Cbe Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 | Chase Manhattan Mtge<br>Po Box 24696<br>Columbus, OH 43224-0696 |
| Chase-Pier<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chld/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Citibank (South Dakota), N.A.<br>c/o Patrick A Carey, Esq.<br>10967 Lake Underhill Road<br>Unit 125<br>Orlando, FL 32825-4454 | Comenity Bank/Dressbrn<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/Lnbryant<br>4590 E Broad St<br>Columbus, OH 43213-1301 |
| Comenity Bank/Lnbryant<br>Po Box 182789<br>Columbus, OH 43218-2789 | Crescent Owners Association, Inc.<br>POB 568009<br>Orlando, FL 32856-8009 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Department Stores National Bank/Macys<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Department Stores National Bank/Visa<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 |

Discover Bank
c/o Brandon A Stanko, Esq.
10550 Deerwood Park Boulevard
Bldg. 300 Suite 300
Jacksonville, FL 32256-2805

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Equiant Financial Svcs
5401 N Pima Rd Ste 150
Scottsdale, AZ 85250-2630

Fia Csna
P.O. Box 17054
Wilmington, DE 19884-0001

Gecrb/Brandsmart
Po Box 981439
El Paso, TX 79998-1439

Gecrb/City Furniture
Po Box 981439
El Paso, TX 79998-1439

Gecrb/Dillards
Po Box 965024
Orlando, FL 32896-5024

Gecrb/Gap
Po Box 965005
Orlando, FL 32896-5005

Gecrb/L&T
POB 965015
Orlando, FL 32896-5015

Gecrb/Lord & Tay
Po Box 965015
Orlando, FL 32896-5015

Internal Revenue Service
P.O. BOX 7346
Philadelphia, PA 19101-7346

Island One, Inc.
8680 Commodity Cir
Orlando, FL 32819-9000

LVNV Funding
POB 10497
Greenville, SC 29603-0497

LVNV Funding, LLC its successors and assigns
assignee of Citibank (South Dakota),
N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
assignee of GE Money Bank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
assignee of General Electric Capital
Corporation
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lane Bryant Retail/Soa
450 Winks Ln
Bensalem, PA 19020-5932

Lowes
POB 530914
Atlanta, GA 30353-0914

Macy's
POB 8218
Mason, OH 45040-8218

Macys/Fdsb
13141 34th St N
Clearwater, FL 33762-4259

Mcydsnb
9111 Duke Blvd
Mason, OH 45040-8999

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Nco Fin/09
507 Prudential Rd
Horsham, PA 19044-2308

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Penn Foster High School
925 Oak Street
Scranton, PA 18515-0999

Pier 1/Nb
2500 Westfield Dr
Elgin, IL 60124-7836

Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117-6189

Security Credit Services
2623 W Oxford Loop
Oxford, MS 38655-5442

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

| | | |
|---|---|---|
| Visdsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107-1557 | Dulce Maria Gomez<br>6429 Cow Pen Road #U113<br>Hialeah, FL 33014-6600 |
| Juan L Gomez<br>6429 Cow Pen Road #U113<br>Hialeah, FL 33014-6600 | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | (d)Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | (d)Bank Of America, N.A.<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 |
| (d)Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Dell Financial Services<br>POB 6403<br>Carol Stream, IL 60197 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | (d)Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090-1630 |
| (d)Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 | End of Label Matrix<br>Mailable recipients   65<br>Bypassed recipients    4<br>Total                 69 | |