UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ ___Second___ Modified Plan

DEBTOR: Juan Gomez                    JOINT DEBTOR: Dulce Maria Gomez    CASE NO.: 13-33653-LMI
Last Four Digits of SS# 2423          Last Four Digits of SS# 7683

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditor's pro-rata under the plan:

- A.    $ 1,402.73 for months 1 to 11;
- B.    $ 1,631.09 for months 12 to 60; in order to pay the following creditors:

Administrative:       Attorney's Fee - $ 3,650 TOTAL PAID $1,500
                      Balance Due    $ 2,150 payable $ 195.17 /month (Months 1 to 11)
                      payable $ 3.13/month (Months 12 to 12)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date  $
Address:                             Arrears Payment    $_____/month (Months _____ to _____)
                                     Regular Payment    $_____/month (Months _____ to _____)
Account No:

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service     Total Due $0.00
                                Payable    $ 0.00 /month (Months 1 to 11 )

Unsecured Creditors: Pay $ 1,143.93 /month (Months 1 to 11) and Pay $ 1,464.85 /month (Months 12 to 12) and Pay $1,467.98 /month (Months 13 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Other Provisions Not Included Above: Surrender and abandon interest in Time Share to at Island One Resort Unit 3502 Week 50 financed by Equiant Financial Svcs and Crescent Owners Association, Inc. IRS Amended their proof of claim to reflect a liability of $0.00. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.            /s/Robert Sanchez, Esq.
Attorney for Debtor            Joint Debtor
Date: 9/11/14            Date: 9/11/14

LF-31 (rev. 01/08/10)